IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JIAYUN MO,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) |
| v. | ) No. 23-2487-KHV |
| | ) |
| **KENNETH MADSEN, Director of the USCIS** | ) |
| **Chicago Asylum Office,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM AND ORDER

On November 3, 2023, Jiayun Mo filed suit against Kenneth Madsen in his official capacity as the Director of the United States Citizenship and Immigration Services ("USCIS") Asylum Office in Chicago, Illinois, seeking to compel Madsen to schedule an asylum interview for him. This matter comes before the Court on defendant's Sealed Motion To Dismiss Complaint For Mootness (Doc. #7) filed April 4, 2024. Defendant argues that this case should be dismissed as moot because defendant approved plaintiff's asylum application after plaintiff filed suit.

The deadline for plaintiff's response was April 25, 2024. Plaintiff did not respond. If plaintiff fails to timely respond to a motion to dismiss, the Court will consider and decide the motion as uncontested and ordinarily grant it without further notice. See D. Kan. R. 7.1(c). For this reason and for substantially the reasons stated in defendant's Sealed Motion To Dismiss Complaint For Mootness (Doc. #7) filed April 4, 2024, the Court sustains defendant's motion and dismisses the action as moot.

**IT IS THEREFORE ORDERED** that the Sealed Motion To Dismiss Complaint For Mootness (Doc. #7) filed April 4, 2024 is **SUSTAINED**. The Court dismisses plaintiff's claim as moot.

-2-

Dated this 1st day of May, 2024 at Kansas City, Kansas.

                                                         s/ Kathryn H. Vratil  
                                                        KATHRYN H. VRATIL  
                                                        United States District Judge